IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERON D. GATUS,<br><br>        Plaintiff,<br><br>vs.<br><br>SHANE PETERSONII, C/O #7119, in his individual capacity; STEVEN ROSE, C/O #7649, in his individual capacity; and STEVEN GILLOT, C/O #5117, in his individual capacity,<br><br>        Defendants. | 8:21CV380<br><br><br>**ORDER** |

      IT IS ORDERED that Defendants' motion to stay case progression (Filing 21) is granted, as follows:

      1.    The case progression schedule (Filing 20) is stayed until further order of the court.

      2.    The stay may be lifted, and a new progression schedule entered, unless a motion for continuation of the stay is filed within 30 days of today's date.

      3.    The clerk of the court shall set the following pro se case management deadline: **June 13, 2022, check for motion to continue stay**.

      Dated this 12th day of May, 2022.

                                                    BY THE COURT:

                                                    *Richard G. Kopf*

                                                    Richard G. Kopf
                                                    Senior United States District Judge