IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERON D. GATUS,<br><br>          Plaintiff,<br><br>     vs.<br><br>SHANE PETERSONII, C/O #7119, in his individual capacity; STEVEN ROSE, C/O #7649, in his individual capacity; and STEVEN GILLOT, C/O #5117, in his individual capacity,<br><br>          Defendants. | 8:21CV380<br><br>**MEMORANDUM AND ORDER** |

On May 12, 2022, the court entered an order staying progression of this case and giving the parties 30 days in which to file a motion for a continuance of the stay. To date, no such motion has been filed. Accordingly,

IT IS ORDERED:

1. The stay previously entered by the court is lifted.

2. An Amended Order Setting Schedule for Progression of Case shall be entered forthwith.

Dated this 21st day of June, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge